NUMBER 13-03-640-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

AMERICAN FINANCIAL TRADING 
CORPORATION, ET AL.,                                                  Appellants,

v.

ANDREW W. BAUER, M.D.,                                               Appellee.
_________________________________________________________

On appeal from the 370th District Court
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez and Garza
Opinion Per Curiam

         Appellants, AMERICAN FINANCIAL TRADING CORPORATION, ET AL.,
perfected an appeal from a judgment entered by the 370th District Court of Hidalgo
County, Texas, in cause number C-574-00-G. After the record was filed, appellants
filed a motion to dismiss the appeal. In the motion, appellants state that this case has
been resolved. Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM

Opinion delivered and filed this
the 29th day of January, 2004.